DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXIS LOEB (CABN 269895)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    FAX: (415) 436-7234
    Alexis.loeb@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0222-JD |
| Plaintiff, | STIPULATED REQUEST AND ORDER TO CONTINUE HEARING DATE AND EXCLUDE TIME |
| v. | |
| MIN JIN ZHAO, | |
| Defendant. | |

    The parties are scheduled to appear before the Court on January 29, 2020, for a status hearing. The January 29 hearing was set at the September 12, 2019 status hearing, during which the government represented that it had a substantial amount of discovery to produce. The Assistant United States Attorney previously assigned to the matter began preparing the discovery but left the office before it was ultimately produced. The undersigned government counsel was recently assigned to the case and anticipates making the next production within one week. In order to permit defense counsel additional time to review the discovery, the parties respectfully submit the following stipulated request:

    1.    The January 29, 2020 status conference shall be continued to March 4, 2020.

    2.    The time between January 29, 2020, and March 4, 2020, is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time

STIPULATED REQUEST TO CONTINUE HEARING
CR 19-00222-JD

necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: January 6, 2020

Respectfully submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

By: /s/
ALEXIS J. LOEB
Assistant United States Attorney

Dated: January 6, 2020

/s/
DORON WEINBERG
Counsel for Min Jin Zhao

IT IS SO ORDERED. The continued status conference will be held at 3:00 p.m. on March 4, 2020.

Dated: January 14, 2020

THE HON. JAMES DONATO
United States District Judge

STIPULATED REQUEST TO CONTINUE HEARING
CR 19-00222-JD