DORON WEINBERG
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Cell: (415) 269-0405
Email: doronweinberg@aol.com

Attorney for Defendant
MIN JIN ZHAO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-19-00222 JD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DATE FOR CHANGE OF PLEA HEARING |
| vs. | |
| MIN JIN ZHAO, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America through Assistant United States Attorney Alexis Loeb, and defendant Min Jin Zhao through his counsel Doron Weinberg, that the hearing presently for July 1, 2020, for defendant to enter is plea, be continued to August 19, 2020 at 10:30 a.m.

    The continuance is required due to the Covid 19 pandemic as well as defendant's responsibilities of care for his 90-year-old mother, who is in poor health, have limited defense counsel's ability to confer with his client and to access and review relevant documents and

---
Stipulation and Order to Continue Change of Plea
Hearing; (Case No. CR-19-00222 JD)
1

records.

IT IS FURTHER STIPULATED that the time from July 1, 2020 to and including August 19, 2020 may be excluded in computing the time within which trial in this matter must commence, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), on the ground that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO STIPULATED:**

Dated: June 23, 2020                     Respectfully submitted,

                                         LAW OFFICES OF DORON WEINBERG

                                          /s/   Doron Weinberg
                                         DORON WEINBERG
                                         Attorney for Defendant
                                         MIN JIN ZHAO


Dated: June 23, 2020                     DAVID L. ANDERSON
                                         UNITED STATES ATTORNEY


                                         By:  /s/ Alexis Loeb
                                         ALEXIS LOEB
                                         Assistant United States Attorney

///

///

///

///

///

///

Stipulation and Order to Continue Change of Plea
Hearing; (Case No. CR-19-00222 JD)

2

///

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the hearing presently scheduled for the entry of plea by defendant Min Jin Zhao is continued to August 19, 2020 at 10:30 a.m.

IT IS FURTHER ORDERED that good cause being shown, time is excluded in this matter from July 1, 2020 to August 19, 2020.

Dated: June 23, 2020

_____
HONORABLE JOHN DONATO
Judge, U.S. District Court
Northern District of California