DORON WEINBERG
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Cell: (415) 269-0405
Email: doronweinberg@aol.com

Attorney for Defendant
MIN JIN ZHAO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR-19-00222 JD** |
| Plaintiff, | **STIPULATION TO CONTINUE DATE FOR HEARING;** |
| vs. | ~~(PROPOSED)~~ **ORDER** |
| MIN JIN ZHAO, | |
| Defendants. | |

　　IT IS HEREBY STIPULATED by and between plaintiff United States of America through Assistant United States Attorney Abraham Fine, and defendant Min Jin Zhao through his counsel Doron Weinberg, that the hearing presently set for August 19, 2020, for defendant to enter his plea, be continued to October 7, 2020 at 10:30 a.m.

　　The continuance is required because defendant Zhao's 90-year-old mother passed away on July 30, 2020. As a result of his mother's death, defendant has been unavailable to confer with counsel during this time of grieving.

---
Stipulation to Continue Hearing;
(Proposed) Order (Case No. CR-19-00222 JD)

1

1   IT IS FURTHER STIPULATED that, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), the
time from August 19, 2020 to and including October 7, 2020 may be excluded in computing the
time within which trial in this matter must commence on the ground that the ends of justice
served by taking such action outweigh the best interest of the public and the defendant in a
speedy trial, in that failure to grant a continuance would deny counsel the reasonable time
necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO STIPULATED:**

Dated: August 11, 2020                          Respectfully submitted,

                                                LAW OFFICES OF DORON WEINBERG

                                                 /s/   Doron Weinberg
                                                DORON WEINBERG
                                                Attorney for Defendant
                                                MIN JIN ZHAO


Dated: August 11, 2020                          DAVID L. ANDERSON
                                                UNITED STATES ATTORNEY


                                            By: /s/ Abraham Fine
                                                ABRAHAM FINE
                                                Assistant United States Attorney

///

///

///

///

///

///

///

_____
Stipulation to Continue Hearing;
(Proposed) Order (Case No. CR-19-00222 JD)                2

**(PROPOSED) ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the hearing presently scheduled for the entry of plea by defendant Min Jin Zhao is continued to October 7, 2020 at 10:30 a.m.

IT IS FURTHER ORDERED that good cause being shown, time is excluded in this matter from August 19, 2020 to October 7, 2020.

Dated: 8/13/2020



_____
HON. JAMES DONATO
Judge,
Northern District of California

_____
Stipulation to Continue Hearing;
(Proposed) Order (Case No. CR-19-00222 JD)

3