DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 OCTAVIA STREET
SAN FRANCISCO, CA  94102
TELEPHONE:  (415) 431-3472
CELL:  (415) 269-0405
EMAIL:  doronweinberg@aol.com

Attorney For Defendant
Min Jin Zhao

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-19-00222 JD |
| ) | |
| PLAINTIFF, ) | STIPULATION TO CONTINUE |
| ) | DATE FOR HEARING; |
| ) | |
| VS. ) | ~~(PROPOSED)~~ ORDER |
| ) | |
| MIN JIN ZHAO, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between plaintiff United States of America through Assistant United States Attorney Mohit Gourisaria, and defendant Min Jin Zhao through his counsel Doron Weinberg, that the hearing presently set for November 17, 2020 be continued to January 20, 2021 at 10:30 a.m. for defendant to enter his plea.

   The continuance is requested because Mr. Zhao has been deeply affected by the death of his mother.  He is suffering from acute anxiety and depression for which he is under treatment and is receiving medication. his doctor's opinion is that it is not appropriate for Mr. Zhao to make

1

STIPULATION TO CONTINUE HEARING;
(PROPOSED) ORDER
CASE NO. CR-19-00222 JD

decisions about his case at this time, and recommends that the entry of plea should be postponed until January.

IT IS FURTHER STIPULATED that, pursuant to 18 U.S.C. Sec. 3161(h)(7)(a) and (b), the time from November 17, 2020 to and including January 20, 2021 may be excluded in computing the time within which trial in this matter must commence on the ground that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO STIPULATED:**

| DATED: NOVEMBER 9, 2020 | Respectfully Submitted, |

LAW OFFICES OF DORON WEINBERG

 /s/   Doron Weinberg
DORON WEINBERG
ATTORNEY FOR DEFENDANT
MIN JIN ZHAO

DATED: NOVEMBER 9, 2020          DAVID L. ANDERSON
                                  UNITED STATES ATTORNEY


                           BY:   /S/ Mohit Gourisaria
                                  MOHIT GOURISARIA
                                  ASSISTANT UNITED STATES ATTORNEY

///

///

///

///

///

2

STIPULATION TO CONTINUE HEARING;
(PROPOSED) ORDER
CASE NO. CR-19-00222 JD

**(PROPOSED)** **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing presently scheduled for the entry of plea by defendant Min Jin Zhao is continued to January 20, 2021, at 10:30 a.m.

IT IS FURTHER ORDERED that good cause being shown, time is excluded in this matter from November 17, 2020, to January 20, 2021.

DATED:  November 12, 2020

_____
HONORABLE JAMES DONATO
Judge, U.S. District Court
Northern District of California