DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    FAX: (415) 436-7234
    mohit.gourisaria@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 19-222 JD |
| Plaintiff, | ) |
| | ) STIPULATION TO SET STATUS CONFERENCE |
| | ) AND EXCLUDE TIME FROM JANUARY 20, 2021 |
| v. | ) TO FEBRUARY 3, 2021 AND ORDER |
| | ) |
| MIN JIN ZHAO, | ) |
| a/k/a Michael Zhao | ) |
| a/k/a Michael West | ) |
| | ) |
| Defendant. | ) |

The above-captioned matter was set for a change of plea on January 20, 2021. Because defendant no longer wishes to enter a change of plea, the parties jointly request that the Court set a status conference for February 3, 2021.

The parties also stipulate that time should be excluded from January 20, 2021 to February 3, 2021 so that defense counsel may continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until February 3, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 20, 2021 through

STIPULATION AND [PROPOSED] ORDER
Case No. 20-0332 SI

February 3, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 19, 2021  
                                                                            /s/  
                                                    MOHIT GOURISARIA  
                                                    Assistant United States Attorney

DATED: January 19, 2021  
                                                       /s/  
                                                   DORON WEINBERG  
                                                   Counsel for Defendant

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from January 20, 2021 through February 3, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 20, 2021 through February 3, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 20, 2021 through February 3, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 26, 2021  
                                                    HON. JAMES DONATO  
                                                   United States District Judge