DORON WEINBERG
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Cell: (415) 269-0405
Email: doronweinberg@aol.com

Attorney for Defendant
MIN JIN ZHAO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR-19-00222 JD** |
| Plaintiff, ) | **STIPULATION TO CONTINUE DATE FOR HEARING;** |
| vs. ) | **ORDER** |
| MIN JIN ZHAO, ) | |
| Defendants. ) | |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America through Assistant United States Attorney Mohit Gourisaria, and defendant Min Jin Zhao through his counsel Doron Weinberg, that the hearing presently scheduled for November 8, 2021 be continued to November 15, 2021 at 10:30 a.m.

    The continuance is requested because counsel for defendant Zhao will be out of the state on November 8.

    Counsel for defendant has contacted probation officer Brian Casai who has consented to

---
Stipulation to Continue Hearing;
Order (Case No. CR-19-00222 JD)

1

the date requested.

**IT IS SO STIPULATED:**

Dated: September 28, 2021          Respectfully submitted,

                                   LAW OFFICES OF DORON WEINBERG

                                    /s/   Doron Weinberg
                                   DORON WEINBERG
                                   Attorney for Defendant
                                   MIN JIN ZHAO


Dated: September 28, 2021          STEPHANIE HINDS
                                   ACTING UNITED STATES ATTORNEY


                               By:  /s/ Mohit Gourisaria
                                   MOHIT GOURISARIA
                                   Assistant United States Attorney


**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the hearing presently scheduled for November 8, 2021 is continued to November 15, 2021 at 10:30 a.m.

Dated: 10/5/2021                   _____
                                   HONORABLE JAMES DONATO
                                   Judge, U.S. District Court
                                   Northern District of California

---
Stipulation to Continue Hearing;
 Order (Case No. CR-19-00222 JD)

2